EPCO CORPORATION, Respondent, v. COMFORT SLIPPER COMPANY, INC., Appellant.— Plaintiff-landlord sues to recover the difference between the rent reserved in the lease and the rent received upon reletting after the tenant had abandoned the premises. Order granting plaintiff's motion for summary judgment and the judgment entered thereon unanimously affirmed, with ten dollars costs and disbursements. We do not share the view expressed by the learned Special Term that paragraphs 17 and 18 of the lease, relating to the right of the landlord to relet the premises upon its abandonment by the tenant, are inconsistent. They deal with different contingencies and are reconcilable. The right given to the landlord under paragraph 18 to " re-let the demised premises " includes the right to relet any portion thereof. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

CATHERINE FOLEY, Respondent, v. MICHAEL F. LALLY, Appellant.—Action, predicated upon nuisance and negligence, to recover damages for personal injuries sustained by plaintiff when struck by broken glass that fell from the window of premises operated and controlled by defendant. Appeal from judgment entered on a verdict for plaintiff in the sum of $1,000. Judgment of the City Court of Yonkers reversed on the facts and a new trial ordered, costs to appellant to abide the event, unless within ten days from the entry of the order hereon plaintiff stipulate to reduce to $500 the amount of the verdict rendered in her favor; in which event the judgment, as so reduced, is unanimously affirmed, without costs. We are of opinion that the verdict was excessive. Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ., concur.